GEORGE WILNER, Respondent, v. ISRAEL PINSBERG and BENJAMIN BEIER, Individually and as Copartners Trading under the Name and Style of ERASMUS SWEET SHOPPE, and Others, Appellants.— Judgment modified by striking therefrom the provision for a personal judgment against the defendants, and, as modified, unanimously affirmed, with costs to respondent. The personal judgment against the defendants in an action of this character was unauthorized. (*North River Mortgage Corporation* v. *Jacob*, 144 Misc. 842.) Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

DAVID ALBERT, Respondent, v. SARAH SONIN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

ESTHER BABCOCK, as Administratrix, etc., of JAMES N. BABCOCK, Deceased, Appellant, v. THE NEW JERSEY AND NEW YORK RAILROAD COMPANY, Respondent. — Motion to resettle order dated January 15, 1934, granted, and order resettled so as to provide that costs be awarded to respondent to abide the event. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

JOHN BOROW, Respondent, v. GEORGE W. CRISS, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

CHARLES BRAUNHUT, Respondent, v. NORMAN S. REIN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

NICOLA DESALVO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for reargument of motion denied. The decision of this court handed down on January 8, 1934 [*ante*, p. 602], is amended by striking therefrom the provision for a stay. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

JAMES S. GRAHAM and Others, Respondents, v. JAMES B. FISHER and Others, Appellants, and Another, Defendant.— Motion to modify order of June 26, 1933, to give benefit of receivership to United States Trust Company of New York, first mortgagee, denied unless the parties stipulate that such modification be made and agree on the form of the order to be entered. There is no action pending for foreclosure of the first mortgage and that mortgagee is not entitled to have the receivership extended to it except on consent of the parties, with the rights of the first mortgagee definitely stated. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

JOSEPH GREENBERG, Appellant, v. 1625 PUTNAM AVENUE CORPORATION and Another, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.